948 So.2d 171 (2007)
CITY OF SHREVEPORT
v.
NOEL ESTATE, INC., Harold K. Quinn and Evelyn Humphries Quinn.
No. 2006-C-2774.
Supreme Court of Louisiana.
January 26, 2007.
In re City of Shreveport;Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Caddo, 1st Judicial District Court Div. B, No. 337,256; to the Court of Appeal, Second Circuit, No(s). 41,164-CA, 41,158-CA, 41,148-CA, 41,149-CA, 41,150-CA, 41,151-CA, 41,152-CA, 41,153-CA, 41,154-CA, 41,155-CA, 41,156-CA, 41,157-CA, 41,159-CA, 41,160-CA, 41,161-CA, 41,162-CA, 41,163-CA.
Denied.